UNITED STATES DISTRICT COURT **FILED**
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2010 JUN 30 A 11: 16

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

MICHAEL STEVEN BRYANT,

    Plaintiff,

v.    Case No. 3:10-cv-55-J-20MCR

SERGEANT MORGAN, et al.,

    Defendants.

## ORDER

1. Plaintiff's June 4, 2010, Motion for Relief From Order or in the Alternative Amended Motion for Preliminary Injunction or TRO (Doc. #21) is **DENIED**. See the Court's Order (Doc. #19).

2. Plaintiff's June 14, 2010, Motion for Judgment of Default (Doc. #22) is **DENIED**. Service of process was not executed on Defendant Sergeant Morgan. See Doc. #14.

**DONE AND ORDERED** at Jacksonville, Florida, this 30st day of June, 2010.

                                    UNITED STATES DISTRICT JUDGE

sa 6/24
c:
Michael Steven Bryant