UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL STEVEN BRYANT,

    Plaintiff,

v.                              Case No. 3:10-cv-55-J-20JBT

SERGEANT MORGAN, et al.,

    Defendants.

---

## ORDER

1. Defendants' December 13, 2011, Motion for Reconsideration (Doc. #106) is **DENIED**.

2. Defendants' December 13, 2011, Motion for Enlargement of Time (Doc. #106) is **GRANTED**, and Defendants shall have **FOURTEEN (14) DAYS** to file an answer.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

sa 12/27
c:
Michael Steven Bryant
Ass't A.G. (Garland)